IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10cr192-MEF |
| | ) | |
| JOSE LUIS MARTINEZ-GUILLEN | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #23) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #23) of the Magistrate Judge is ADOPTED. Defendant's Motion to Dismiss Indictment (Doc. #16) is DENIED for the reasons set forth in the Recommendation.

Done this the 9th day of February, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE